IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CLARENCE SIDNEY ALEXANDER,**                                    **PETITIONER**
**ADC#69999**

v.                              5:12-cv-332-DPM-JJV

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

### ORDER

The Court has considered Magistrate Judge Joe J. Volpe's Proposed Findings and Recommended Disposition, *Document No. 9*, and Alexander's objections, *Document No. 10*. After *de novo* review, FED. R. CIV. PRO. 72(b), the Court adopts Judge Volpe's well-crafted proposal as its decision. Hobbs's motion to dismiss, *Document No. 5*, is granted. All other pending motions are denied as moot. Alexander's Petition for Writ of Habeas Corpus, *Document No. 2*, is dismissed. The Court declines to issue a certificate of appealability because Alexander did not make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
U.S. District Court Judge

5 December 2012