IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CLARENCE SIDNEY ALEXANDER,**                                    **PETITIONER**
**ADC#69999**

v.                          5:12-cv-332-DPM

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

## JUDGMENT

Alexander's Petition for Writ of Habeas Corpus is dismissed.

*DPMarshall Jr.*
D.P. Marshall Jr.
U.S. District Court Judge

 5 December 2012